# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL WATTLES ) | |
| and JENNIFER WATTLES, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00863-NCC |
| ) | |
| WACHOVIA MORTGAGE CORP., ) | |
| WELLS FARGO BANK, N.A., and ) | |
| SELECT PORTFOLIO SERVICING, INC., ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW Hilary H. Sommer of the law firm of Bryan Cave Leighton Paisner, LLP, and hereby enters her appearance on behalf of Defendants Wells Fargo Bank, N.A. and Wachovia Mortgage Corp. in the above-captioned case.

BRYAN CAVE LEIGHTON PAISNER LLP

/s/ Hilary H. Sommer
Eric D. Martin, MO# 47558
Hilary H. Sommer, #47898
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
Fax: (314) 259-2020
E-mail: eric.martin@bclplaw.com
E-mail: hilary.sommer@bclplaw.com

*Attorneys for Defendants Wachovia Mortgage Corp. and Wells Fargo Bank, N.A.*

602238122.1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 17th day of July, 2020, the foregoing document was filed using the Court's Electronic Case Filing System, which will send notice to all counsel of record.

/s/ Hilary H. Sommer